1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**FILED**

AUG 2 8 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CRIMINAL NO. 08-mj-70566 PVT
                                    )
        Plaintiff,                  )
                                    )
   v.                               )   NOTICE OF PROCEEDINGS ON
                                    )   OUT-OF-DISTRICT CRIMINAL
Eric R. Neal                        )   CHARGES PURSUANT TO RULES
                                    )   5(c)(2) AND (3) OF THE FEDERAL RULES
        Defendant.                  )   OF CRIMINAL PROCEDURE
                                    )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on _____, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☑ Other _Petition For Revocation SR_

pending in the _Central_ District of _Calif_, Case Number _CR 04-00146-DSF_

In that case, the defendant is charged with a violation(s) of Title(s) _18_ United States Code, Section(s) _3583(e)(3)_

Description of Charges: _Viol of SR_____.

                                    Respectfully Submitted,
                                    JOSEPH P. RUSSONIELLO
                                    UNITED STATES ATTORNEY

Date: _Aug 28, 2008_                _[signature]_
                                    Assistant U.S. Attorney

1

# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  '06 OCT 11 P1:05  Plaintiff(s) vs.  ERIC R. NEAL  Defendant(s) | CASE NUMBER: CR04-00146-DSF  **WARRANT FOR ARREST** |
|---|---|

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   ERIC R. NEAL

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18    United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter NAME OF ISSUING OFFICER  Clerk of Court TITLE OF ISSUING OFFICER  [signature] SIGNATURE OF DEPUTY CLERK | 10/09/06  Los Angeles, CA DATE AND LOCATION OF ISSUANCE  BY: Dale S. Fischer NAME OF JUDICIAL OFFICER |
|---|---|

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST

NAME OF ARRESTING OFFICER

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

CR-12 (07/04)                    **WARRANT FOR ARREST**

PAGE 1 of 2

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

U.S.A. VS. ERIC R. NEAL

Docket No. CR04-00146-DSF

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ERIC R. NEAL who was placed on supervision by the Honorable DALE S. FISCHER sitting in the Court at Los Angeles, California, on the 14th day of February, 2005 who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on February 10, 2004. The original term of supervision imposed in this case on July 9, 1996, was revoked on February 14, 2005.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Eric R. Neal before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 9th day of Oct, 20 06 and ordered filed and made a part of the records in the above case.

United States District Judge
DALE S. FISCHER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 3, 2006

AVA T. AUSTIN
U. S. Probation Officer

Place: Inglewood, California

U.S.A. VS. ERIC R NEAL
DOCKET NO. CR04-00146-DSF

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another Federal, state or local crime, on or about August 16, 2006, Eric R. Neal possessed a narcotic controlled substance, in violation of Section 11350 (a) of the California Health and Safety Code;

2. Having been ordered by the Court not to commit another Federal, state or local crime, on or about August 16, 2006, Eric R. Neal possessed an instrument for smoking controlled substances, in violation of Section 11364 (a) of the California Health and Safety Code;

3. Having been ordered by the Court to follow the instructions of the Probation Officer and having been instructed by the Probation Officer, on July 28, 2006, to report in person on August 1, 2006, to the U.S. Probation Office, 111 North La Brea Avenue, Suite 209 Inglewood, California, Eric R. Neal failed to report as instructed;

4. Having been ordered by the Court to follow the instructions of the Probation Officer and having been instructed by the Probation Officer, on August 2, 2006, to report in person on August 3, 2006, to the U.S. Probation Office, 111 North La Brea Avenue, Suite 209 Inglewood, California, Eric R. Neal failed to report as instructed;

5. Having been ordered by the Court to refrain from the use of controlled substances, on or about August 11, 2006, Eric R. Neal furnished a urine sample to the Probation Officer, which, upon analysis, was found to contain marijuana and cocaine; and

6. Having been ordered by the Court to participate in a substance abuse counseling program, which may include chemical or Breathalyzer testing, as directed by the Probation Officer, on August 16, 2006, Eric R. Neal failed to report for an intake interview and testing at Detection and Treatment Resources, Incorporated, as instructed.

2