**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

August 28, 2008

**Clerk of the Court**
**U.S. District Court of the Central California**
**G-8 United States Courthouse**
**312 North Spring Street,**
**Los Angeles, CA 90012**

| | |
|---|---|
| Case Name: | **USA-v-Eric Neal** |
| Case Number: | **5-08-70566-PVT  (Your Case#CR04-00146-DSF)** |
| Charges: | **18:3583(e)(3) Petition for Revocation Hearing** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
        to your district forthwith.
( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____         **CLERK, U.S. DISTRICT COURT**

**By** _____
**Deputy Clerk**